No. 344. HARMON, Appellant, v. MAC DOUGALL and another, Respondents.

(Also reported in 224 N. W. 2d 214.)

The cause was submitted for the appellant on the brief of *Carl F. Schetter* of Milwaukee; and for the respondents on the brief of *Kluwin, Dunphy, Hankin & McNulty* of Milwaukee.

Judgment affirmed.